IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTHEW BAILEY, #290472, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:16-CV-922-WKW |
| ) | [WO] |
| TRUMAN M. HOBBS, JR., and ) | |
| SHERRI MAZUR, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge.  (Doc. # 6.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 6) is ADOPTED;

2. Plaintiff's claims against Judge Truman M. Hobbs, Jr., and Assistant District Attorney Sherri Mazur seeking declaratory and injunctive relief are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's claims against Judge Truman M. Hobbs, Jr., and Assistant District Attorney Sherri Mazur seeking monetary damages are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(iii);

4.	Plaintiff's challenge to the constitutionality of his state-court sentence is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

5.	Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED; and

6.	This case is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

A final judgment will be entered separately.

DONE this 28th day of February, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE