IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MATTHEW BAILEY, AIS # 290472,   )
)
Plaintiff,   )
)
v.   )   CASE NO. 2:16-CV-922-WKW
)   [WO]
TRUMAN M. HOBBS, JR. and   )
SHERRI MAZUR,   )
)
Defendants.   )

## **ORDER**

Before the court is Plaintiff Matthew Bailey's "Motion for Preliminary Injunction" (Doc. # 23), filed more than nine years after this action was dismissed and final judgment was entered (*see* Docs. # 9, 10).  This motion will be construed as a motion to stop the collection of the $350.00 filing fee.  This is Plaintiff's fourth attempt at stopping the collection of the filing fee in this case.  (*See* Doc. # 7 (Plaintiff's Motion to Stop all Withdrawals from PMOD Account); Doc. # 11 (Plaintiff's Motion to Dismiss with Prejudice Case and Filing Fee(s), filed more than eight years after the entry of final judgment); Doc. # 13 (Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit, filed right after the denial of Plaintiff's Motion to Dismiss with Prejudice Case and Filing Fee).)

The Prison Litigation Reform Act (PLRA) is clear:  "[I]f a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay

the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). Plaintiff's release from the custody of the Alabama Department of Corrections and his subsequent re-incarceration do not negate his obligation to pay the full filing fee under the PLRA. Moreover, Plaintiff has been warned multiple times that he is obligated to pay the entire filing fee under the PLRA. (*See* Doc. # 8 (Order denying Plaintiff's Motion to Stop all Withdrawals from PMOD Account and stating, "The law is well-settled that payment of the filing fee is required by the directives of 28 U.S.C. § 1915(b)(2) regardless of the summary dismissal of a case."); Doc. # 12 (Order denying Plaintiff's Motion to Dismiss with Prejudice Case and Filing Fee(s), referencing Doc. # 8); Doc. # 17 (Order denying Plaintiff's Application to Proceed Without Prepayment of Fees, referencing Docs. # 8, 12).) Plaintiff is reminded that "proceeding *in forma pauperis* is a privilege, not a right." *Camp v. Oliver*, 798 F.2d 434, 437 (11th Cir. 1986). This privilege does not exempt Plaintiff from paying the filing fees in his cases.

Upon consideration, it is ORDERED that Plaintiff's construed motion to stop the collection of the $350.00 filing fee (Doc. # 23) is DENIED. Plaintiff is DIRECTED to stop filing motions related to the payment of filing fees in this action. This case is closed.

DONE this 12th day of May, 2026.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE